# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| CORNELL UNIVERSITY and CORNELL RESEARCH FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AT&T INC., *et al.*, <br><br> Defendants. | Case No. 2:25-cv-00054-JRG-RSP <br> (Lead Case) <br><br><br> JURY TRIAL DEMANDED |
| CORNELL UNIVERSITY and CORNELL RESEARCH FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> VERIZON COMMUNICATIONS INC., *et al.,* <br><br> Defendants. | Case No. 2:25-cv-00055-JRG-RSP <br> (Member Case) <br><br> JURY TRIAL DEMANDED |

## **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO AT&T INC.**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Cornell University and Cornell Research Foundation, Inc. ("Plaintiffs") hereby dismiss without prejudice all claims against AT&T Inc. in the above captioned case. This notice is being filed before AT&T Inc. serves an answer or otherwise responds to the Complaint. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). This notice is not intended to impact any claim asserted by Plaintiffs against the other AT&T Defendants, *i.e.*, AT&T Enterprises, LLC, AT&T Mobility LLC, AT&T Mobility II LLC and AT&T Services Inc., which shall remain.

| | |
|---|---|
| March 31, 2025 | Respectfully submitted,<br><br>*/s/ Nicole Glauser*<br>Robert F. Kramer<br>CA Bar No. 181706 (Admitted E.D. Texas)<br>rkramer@krameralberti.com<br>David Alberti<br>CA Bar No. 220265 (Admitted E.D. Texas)<br>dalberti@krameralberti.com<br>Sal Lim<br>CA Bar No. 211836 (Admitted E.D. Texas)<br>slim@krameralberti.com<br>Russell S. Tonkovich<br>CA Bar No. 233280 (Admitted E.D. Texas)<br>rtonkovich@krameralberti.com<br>**KRAMER ALBERTI LIM & TONKOVICH LLP**<br>950 Tower Lane, Suite 1725<br>Foster City, California 94404<br>Telephone: (650) 825-4300<br>Facsimile:  (650) 460-8443<br><br>Nicole Glauser<br>Texas State Bar No. 24050694<br>nglauser@krameralberti.com<br>**KRAMER ALBERTI LIM & TONKOVICH LLP**<br>500 W 2nd Street**,** Suite 1900<br>Austin, Texas 78701<br>Telephone: (737) 256-7784<br>Facsimile:  (650) 460-8443<br><br>Andrea L. Fair<br>Texas Bar No. 24078488<br>andrea@millerfairhenry.com<br>**MILLER FAIR HENRY PLLC**<br>1507 Bill Owens Pkwy<br>Longview, Texas 75604<br>Telephone: (903) 757-6400<br>Facsimile:  (903) 757-2323<br><br>*Attorneys for Plaintiffs*<br>*Cornell University and*<br>*Cornell Research Foundation, Inc.* |

## CERTIFICATE OF CONFERENCE

I hereby certify that on March 31, 2025, I conferred with counsel for AT&T Inc., and that AT&T Inc. is unopposed to relief requested herein.

*/s/ Nicole Glauser*
Nicole Glauser

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Nicole Glauser*
Nicole Glauser