# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CORNELL UNIVERSITY and CORNELL RESEARCH FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AT&T INC., *et al.*, <br><br> Defendants. | Case No. 2:25-cv-00054-JRG-RSP <br> (Lead Case) <br><br><br> JURY TRIAL DEMANDED |
| CORNELL UNIVERSITY and CORNELL RESEARCH FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> VERIZON COMMUNICATIONS INC., *et al.,* <br><br> Defendants. | Case No. 2:25-cv-00055-JRG-RSP <br> (Member Case) <br><br> JURY TRIAL DEMANDED |

## ORDER

Before this Court is the Notice of Dismissal Without Prejudice of AT&T Inc. (the "Notice") filed by Plaintiffs Cornell University and Cornell Research Foundation, Inc. In the Notice, Plaintiff voluntarily dismisses the claims and causes of action against Defendant AT&T Inc., without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Plaintiffs in the above-captioned case with respect to Defendant AT&T Inc. are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own

costs, expenses, and attorneys' fees. The above-captioned case is to remain OPEN in light of the remaining parties and claims.

      So ORDERED and SIGNED this ___ day of _____, 2025.