# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CORNELL UNIVERSITY and CORNELL RESEARCH FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AT&T INC., *et al.*, <br><br> Defendants. | Case No. 2:25-cv-00054-JRG-RSP <br> (Lead Case) <br><br> JURY TRIAL DEMANDED |
| CORNELL UNIVERSITY and CORNELL RESEARCH FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> VERIZON COMMUNICATIONS INC., *et al.*, <br><br> Defendants. | Case No. 2:25-cv-00055-JRG-RSP <br> (Member Case) <br><br> JURY TRIAL DEMANDED |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO VERIZON COMMUNICATIONS, INC.

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Cornell University and Cornell Research Foundation, Inc. ("Plaintiffs") hereby dismiss without prejudice all claims against Verizon Communications Inc. in the above captioned case. This notice is being filed before Verizon Communications Inc. serves an answer or otherwise responds to the Complaint. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). This notice is not intended to impact any claim asserted by Plaintiffs against the other Verizon Defendants, *i.e.*, Cellco Partnership d/b/a Verizon Wireless, Verizon Business Network Services LLC, and Verizon Corporate Services Group, Inc.,

which shall remain.

March 31, 2025

Respectfully submitted,

*/s/ Nicole Glauser*
Robert F. Kramer
CA Bar No. 181706 (Admitted E.D. Texas)
rkramer@krameralberti.com
David Alberti
CA Bar No. 220265 (Admitted E.D. Texas)
dalberti@krameralberti.com
Sal Lim
CA Bar No. 211836 (Admitted E.D. Texas)
slim@krameralberti.com
Russell S. Tonkovich
CA Bar No. 233280 (Admitted E.D. Texas)
rtonkovich@krameralberti.com
**KRAMER ALBERTI LIM & TONKOVICH LLP**
950 Tower Lane, Suite 1725
Foster City, California 94404
Telephone: (650) 825-4300
Facsimile: (650) 460-8443

Nicole Glauser
Texas State Bar No. 24050694
nglauser@krameralberti.com
**KRAMER ALBERTI LIM & TONKOVICH LLP**
500 W 2nd Street, Suite 1900
Austin, Texas 78701
Telephone: (737) 256-7784
Facsimile: (650) 460-8443

Andrea L. Fair
Texas Bar No. 24078488
andrea@millerfairhenry.com
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Pkwy
Longview, Texas 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

*Attorneys for Plaintiffs*
*Cornell University and*
*Cornell Research Foundation, Inc.*

## **CERTIFICATE OF CONFERENCE**

I hereby certify that on March 31, 2025, I conferred with counsel for AT&T Inc., and that AT&T Inc. is unopposed to relief requested herein.

*/s/ Nicole Glauser*
Nicole Glauser

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Nicole Glauser*
Nicole Glauser