## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| CORNELL UNIVERSITY and CORNELL RESEARCH FOUNDATION, INC., | |
| Plaintiffs, | Case No. 2:25-cv-00054-JRG-RSP |
| | (Lead Case) |
| v. | |
| AT&T INC., *et al.*, | JURY TRIAL DEMANDED |
| Defendants. | |
| CORNELL UNIVERSITY and CORNELL RESEARCH FOUNDATION, INC., | |
| Plaintiffs, | Case No. 2:25-cv-00055-JRG-RSP |
| | (Member Case) |
| v. | |
| VERIZON COMMUNICATIONS INC., *et al.,* | JURY TRIAL DEMANDED |
| Defendants. | |

## **ORDER**

Before this Court is the Notice of Dismissal Without Prejudice of Verizon Communications Inc. (the "Notice") filed by Plaintiffs Cornell University and Cornell Research Foundation, Inc. In the Notice, Plaintiff voluntarily dismisses the claims and causes of action against Defendant Verizon Communications Inc., without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Plaintiffs in the above-captioned case with respect to Defendant Verizon Communications Inc. are **DISMISSED WITHOUT PREJUDICE**. Each

party is to bear its own costs, expenses, and attorneys' fees. The above-captioned case is to remain **OPEN** in light of the remaining parties and claims.

So ORDERED and SIGNED this ___ day of _____, 2025.