# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CORNELL UNIVERSITY and CORNELL RESEARCH FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AT&T INC., *et al.*, <br><br> Defendants. | Case No. 2:25-cv-00054-JRG-RSP <br> (Lead Case) <br><br><br> JURY TRIAL DEMANDED |
| CORNELL UNIVERSITY and CORNELL RESEARCH FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> VERIZON COMMUNICATIONS INC., *et al.*, <br><br> Defendants. | Case No. 2:25-cv-00055-JRG-RSP <br> (Member Case) <br><br> JURY TRIAL DEMANDED |

## **PLAINTIFFS' NOTICE OF COMPLIANCE**

Plaintiffs Cornell University and Cornell Research Foundation, Inc. hereby notify the Court that, pursuant to the Court's Docket Control Order (Dkt. 25) and the Court's Order Extending Infringement Contentions to April 2, 2025 (Dkt. 24), it has served its Disclosure of Asserted Claims and Infringement Contentions (P.R. 3-1 and 3-2) on all Defendants via electronic mail on April 2, 2025.

April 2, 2025

Respectfully submitted,

*/s/ Robert F. Kramer*
Robert F. Kramer
CA Bar No. 181706 (Admitted E.D. Texas)
rkramer@krameralberti.com
David Alberti
CA Bar No. 220265 (Admitted E.D. Texas)
dalberti@krameralberti.com
Sal Lim
CA Bar No. 211836 (Admitted E.D. Texas)
slim@krameralberti.com
Russell S. Tonkovich
CA Bar No. 233280 (Admitted E.D. Texas)
rtonkovich@krameralberti.com
**KRAMER ALBERTI LIM & TONKOVICH LLP**
950 Tower Lane, Suite 1725
Foster City, California 94404
Telephone: (650) 825-4300
Facsimile: (650) 460-8443

Nicole Glauser
Texas State Bar No. 24050694
nglauser@krameralberti.com
**KRAMER ALBERTI LIM & TONKOVICH LLP**
500 W 2nd Street**,** Suite 1900
Austin, Texas 78701
Telephone: (737) 256-7784
Facsimile: (650) 460-8443

Andrea L. Fair
Texas Bar No. 24078488
andrea@millerfairhenry.com
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Pkwy
Longview, Texas 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

*Attorneys for Plaintiffs*
*Cornell University and*
*Cornell Research Foundation, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Robert F. Kramer*
Robert F. Kramer
