IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CORNELL UNIVERSITY and CORNELL RESEARCH FOUNDATION, INC., | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CASE NO. 2:25-CV-00054-JRG-RSP (LEAD CASE) |
| AT&T INC., *et al.*, | § § | |
| *Defendants*. | § § | |

**ORDER**

Before the Court is the Notice of Voluntary Dismissal Without Prejudice as to AT&T Inc. (the "Notice") filed by Plaintiffs Cornell University and Cornell Research Foundation, Inc. ("Plaintiffs"). (Dkt. No. 27.) In the Notice, Plaintiffs represent that all claims against Defendant AT&T Inc. ("AT&T") in the above-captioned case are voluntarily dismissed without prejudice. (*Id*. at 1.) All other claims against all other Defendants in the lead case remain.

In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action in the above-captioned case between Plaintiffs and AT&T are **DISMISSED WITHOUT PREJUDICE**. All pending requests for relief in the above-captioned case between Plaintiffs and AT&T not explicitly granted herein are **DENIED AS MOOT**. Each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of Court is directed to **MAINTAIN AS OPEN** the above-captioned case as parties or claims remain.

**So Ordered this**

**Apr 6, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE