# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| CORNELL UNIVERSITY and CORNELL RESEARCH FOUNDATION, INC., | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CASE NO. 2:25-CV-00054-JRG-RSP (LEAD CASE) |
| AT&T INC., *et al.*, | § § | |
| *Defendants.* | § § | |
| CORNELL UNIVERSITY and CORNELL RESEARCH FOUNDATION, INC., | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CASE NO. 2:24-CV-00055-JRG-RSP (MEMBER CASE) |
| VERIZON COMMUNICATIONS INC., *et al.*, | § § | |
| *Defendants.* | § § | |

## ORDER

Before the Court is the Notice of Voluntary Dismissal Without Prejudice As to Verizon Communications, Inc. (the "Notice") filed by Plaintiffs Cornell University and Cornell Research Foundation, Inc. ("Plaintiffs"). (Dkt. No. 28). In the Notice, Plaintiffs represent that all claims against Verizon Communications Inc. ("Verizon") in the above-captioned member case are voluntarily dismissed without prejudice. (*Id*. at 1.) All other claims against all other Defendants in the member case remain.

In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action in the above-captioned member case between Plaintiffs and Verizon are **DISMISSED WITHOUT PREJUDICE**. All pending requests for relief in the above-captioned member case between Plaintiffs and Verizon not

explicitly granted herein are **DENIED AS MOOT**. Each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of Court is directed to **MAINTAIN AS OPEN** the above-captioned case as parties or claims remain.

**So Ordered this**

**Apr 6, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE