# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CORNELL UNIVERSITY and CORNELL RESEARCH FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AT&T INC., *et al.*, <br><br> Defendants. | Case No. 2:25-cv-00054-JRG-RSP <br> (Lead Case) <br><br><br> JURY TRIAL DEMANDED |
| CORNELL UNIVERSITY and CORNELL RESEARCH FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> VERIZON COMMUNICATIONS INC., *et al.*, <br><br> Defendants. | Case No. 2:25-cv-00055-JRG-RSP <br> (Member Case) <br><br> JURY TRIAL DEMANDED |

## **PLAINTIFFS' NOTICE OF COMPLIANCE**

Plaintiffs Cornell University and Cornell Research Foundation, Inc. hereby notify the Court that, pursuant to the Court's Second Amended Docket Control Order (Dkt. 55) and the Discovery Order (Dkt. 50), they have served their Initial and Additional Disclosures on all Defendants via electronic mail on April 30, 2025.

| | |
|---|---|
| April 30, 2025 | Respectfully submitted,<br><br>*/s/ Robert F. Kramer*<br>Robert F. Kramer<br>CA Bar No. 181706 (Admitted E.D. Texas)<br>rkramer@krameralberti.com<br>David Alberti<br>CA Bar No. 220265 (Admitted E.D. Texas)<br>dalberti@krameralberti.com<br>Sal Lim<br>CA Bar No. 211836 (Admitted E.D. Texas)<br>slim@krameralberti.com<br>Russell S. Tonkovich<br>CA Bar No. 233280 (Admitted E.D. Texas)<br>rtonkovich@krameralberti.com<br>**KRAMER ALBERTI LIM & TONKOVICH LLP**<br>950 Tower Lane, Suite 1725<br>Foster City, California 94404<br>Telephone: (650) 825-4300<br>Facsimile:  (650) 460-8443<br><br>Nicole Glauser<br>Texas State Bar No. 24050694<br>nglauser@krameralberti.com<br>**KRAMER ALBERTI LIM & TONKOVICH LLP**<br>500 W 2nd Street**,** Suite 1900<br>Austin, Texas 78701<br>Telephone: (737) 256-7784<br>Facsimile:  (650) 460-8443<br><br>Andrea L. Fair<br>Texas Bar No. 24078488<br>andrea@millerfairhenry.com<br>**MILLER FAIR HENRY PLLC**<br>1507 Bill Owens Pkwy<br>Longview, Texas 75604<br>Telephone: (903) 757-6400<br>Facsimile:  (903) 757-2323<br><br>*Attorneys for Plaintiffs*<br>*Cornell University and*<br>*Cornell Research Foundation, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Robert F. Kramer*
Robert F. Kramer