# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| CORNELL UNIVERSITY, *et al.*, <br><br> *Plaintiff*, <br><br> v. <br><br> AT&T INC., *et al.,* <br><br> *Defendants*. | § § § § § § § § § § § § § | Case No. 2:25-cv-00054-JRG-RSP <br> (Lead Case) |
| CORNELL UNIVERSITY, *et al.*, <br><br> *Plaintiff*, <br><br> v. <br><br> CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS *et al.,* <br><br> *Defendants*. | § § § § § § § § § § § § § | Case No. 2:25-cv-00055-JRG-RSP <br> (Member Case) |

## **VERIZON'S NOTICE OF COMPLIANCE**

Defendants Cellco Partnership d/b/a Verizon Wireless, Verizon Business Network Services LLC, and Verizon Corporate Services Group Inc. ("Defendants") hereby notify the Court that pursuant to the Docket Control Order (Dkt. 55), Defendants have served their Initial and Additional Disclosures on counsel of record via electronic mail on April 30, 2025.

Dated: April 30, 2025

Respectfully submitted,

 /s/ *Ross R. Barton*
Ross R. Barton (NC Bar No. 37179)
Karlee Wroblewski (NC Bar No. 55043)
Sierra Weingartner (NC Bar No. 59658)
**Alston & Bird LLP**
Vantage South End

1120 S. Tryon Street, Suite 300
Charlotte, NC 28203
Telephone: (704) 444-1000
Facsimile: (704) 444-1111
ross.barton@alston.com
karlee.wroblewski@alston.com
sierra.weingartner@alston.com

David S. Frist (GA Bar No. 205611)
Nicolette Nunez (GA Bar No. 669987)
**Alston & Bird LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
david.frist@alston.com
nicolette.nunez@alston.com

Ted Stevenson (TX Bar No. 19196650)
**Alston & Bird LLP**
Dallas Arts Tower
2200 Ross Ave, Suite 2300
Dallas, TC 75201
Telephone: (214) 922-3400
Facsimile: (214) 922-3899
ted.stevenson@alston.com

Deron R. Dacus
TX Bar No. 00790553
**The Dacus Firm, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543
ddacus@dacusfirm.com

*Counsel for Defendants Cellco Partnership d/b/a Verizon Wireless, Verizon Business Network Services LLC, and Verizon Corporate Services Group Inc..*

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon Counsel of Record

/s/ *Ross R. Barton*
Ross R. Barton