# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CORNELL UNIVERSITY, *et al.*, <br><br> *Plaintiff*, <br><br> v. <br><br> AT&T INC., *et al.*, <br><br> *Defendants*. | Case No. 2:25-cv-00054-JRG-RSP <br> (Lead Case) |
| CORNELL UNIVERSITY, *et al.*, <br><br> *Plaintiff*, <br><br> v. <br><br> CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS *et al.*, <br><br> *Defendants*. | Case No. 2:25-cv-00055-JRG-RSP <br> (Member Case) |

## AT&T'S NOTICE OF COMPLIANCE

Defendants AT&T Enterprises, LLC, AT&T Mobility LLC, AT&T Mobility II LLC, and AT&T Services, Inc. ("Defendants") hereby notify the Court that pursuant to the Third Amended Docket Control Order (Dkt. 63), Defendants served their initial technical document productions under P.R. 3-4(a) on counsel of record via electronic mail on June 18, 2025. Defendants will serve the documents described under 3-4(b) in connection with its P.R. 3-3 Invalidity Contentions on July 2, 2025.

Dated: June 18, 2025

Respectfully submitted,

  /s/ *Ross R. Barton*
Ross R. Barton (NC Bar No. 37179)

Karlee Wroblewski (NC Bar No. 55043)
Sierra Weingartner (NC Bar No. 59658)
**Alston & Bird LLP**
Vantage South End
1120 S. Tryon Street, Suite 300
Charlotte, NC 28203
Telephone: (704) 444-1000
Facsimile: (704) 444-1111
ross.barton@alston.com
karlee.wroblewski@alston.com
sierra.weingartner@alston.com

David S. Frist (GA Bar No. 205611)
Nicolette Nunez (GA Bar No. 669987)
**Alston & Bird LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
david.frist@alston.com
nicolette.nunez@alston.com

Ted Stevenson (TX Bar No. 19196650)
**Alston & Bird LLP**
Dallas Arts Tower
2200 Ross Ave, Suite 2300
Dallas, TC 75201
Telephone: (214) 922-3400
Facsimile: (214) 922-3899
ted.stevenson@alston.com

Deron R. Dacus (TX Bar No. 00790553)
**The Dacus Firm, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543
ddacus@dacusfirm.com

*Counsel for Defendants AT&T Enterprises, LLC, AT&T Mobility LLC, AT&T Mobility II LLC, and AT&T Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon Counsel of Record.

                                                /s/ *Ross R. Barton*
                                                Ross R. Barton