# ATTORNEY SIGN-IN SHEET

Judge Roy S. Payne

*Cornell University et al v. AT&T Inc. et al*

2:25-cv-00054-JRG-RSP

August 12, 2026 9:00 a.m.

PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| TED STEVENSON | AT&T / VERIZON |
| ROSS BARTON | " |
| DAVID FRIST | " |
| KARLEE WROBLEWSKI | " |
| MARK SELWYN | " |
| ANDREW DANFORD | " |
| RAVI DEOL | " |
| NICKI GLAUSER | CORNELL |
| Courtney Kasuboski | " |
| Robert Kramer | " |
| Andrea Fair | " |
| | |
| | |
| | |
| | |
| | |

IF CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| | |
| | |
| | |