**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| CORNELL UNIVERSITY, CORNELL RESEARCH FOUNDATION, INC., | § | |
| *Plaintiffs*, | § | Case No. 2:25-cv-00054-JRG-RSP |
| v. | § | |
| AT&T ENTERPRISES, LLC, AT&T MOBILITY LLC, AT&T MOBILITY II LLC, AT&T SERVICES, INC., | § | (Lead Case) |
| *Defendants*. | § | |

**ORDER**

In accordance with the discussions at the Pretrial Conference and Plaintiff's proposal, counsel are hereby notified that the AT&T matter (Case No. 2:25-cv-00054) will proceed before the member case for jury trial before Judge Gilstrap.

**SIGNED this 17th day of August, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE